# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| IMARE' FRANKLIN, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-110 |
| | * | |
| v. | * | |
| | * | |
| WARDEN WALTER BERRY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's July 10, 2018 Report and Recommendation, dkt. no. 9, to which Petitioner Imare' Franklin ("Franklin") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Accordingly, the Court **DISMISSES** Franklin's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2254, dkt. no. 1, **DENIES** Franklin leave to appeal *in forma pauperis*, and **DENIES** Franklin a Certificate of Appealability.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 10 day of August, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)